# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

147025

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DETROIT PUBLIC SCHOOLS,
        Plaintiff/Counter-Defendant/
        Appellant,

v

CONNECTIONS FOR DEAF CITIZENS, INC.,
        Defendant/Counter-Plaintiff/
        Appellee.

SC: 147025
COA: 309397
Wayne CC: 11-009632-CK

_____/

      On order of the Court, the application for leave to appeal the January 31, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

t0722